**Order entered July 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00889-CR

## EX PARTE JEFFREY BARRETT

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32470CR**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his pretrial application for writ of habeas corpus. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record.

We **ORDER** the Hunt County District Clerk to file the clerk's record by **August 12, 2019**. We **ORDER** that the clerk's record contain copies of the indictment, the application for writ of habeas corpus, any response to the writ from the State, the trial court's order denying the writ, the trial court's findings of fact and conclusions of law, any other documents related to the application for writ of habeas corpus, and the trial court's certification of appellant's right to appeal.

We **ORDER** the court reporter to file, by **August 12, 2019**, either the reporter's record of the hearing on the writ application or written verification that no hearing was conducted.

We **ORDER** appellant to file his brief by **September 3, 2019**. We **ORDER** the State to file its brief by **September 23, 2019**. After the record and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie Vrooman, official court reporter, 354th Judicial District Court; Susan Spradling, Hunt County District Clerk; and counsel for all parties.

/s/     BILL PEDERSEN, III
         JUSTICE